# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DONALD J. ROUSE, JR., DONALD
J. ROUSE, SR., THOMAS B.
ROUSE, ALLISON ROUSE ROYSTER
AND ROUSE'S ENTERPRISES, LLC

NO.  2019 CW 1321

VERSUS

K&F RESTAURANT HOLDINGS,
LTD. D/B/A IZZO'S ILLEGAL
BURRITO, K&F RESTAURANT
OPERATIONS, LLC, G&O PIZZA
HOLDINGS, LTD. D/B/A LIT
PIZZA, G&O RESTAURANT
OPERATIONS, LLC, AND OSVALDO
FERNANDEZ

**FEB 1 8 2020**

---

In Re:   K&F Restaurant Holdings, Ltd. d/b/a Izzo's Illegal
Burrito, K&F Restaurant Operations, LLC, G&O Pizza
Holdings, Ltd. d/b/a Lit Pizza, G&O Restaurant
Operations, LLC and Osvaldo Fernandez, applying for
supervisory writs, 17th Judicial District Court,
Parish of Lafourche, No. 137108.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
        FOR THE COURT